IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON MARQUARDT,<br><br>  Plaintiff,<br><br>  v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, et al.,<br><br>  Defendants. | Case No. 22-cv-05538-CRB<br><br>**ORDER TO SHOW CAUSE** |

On March 29, Defendant First Republic Securities Company filed a motion to dismiss this action for lack of subject matter jurisdiction. See dkt. 15. On April 12, Plaintiff Shannon Marquardt filed a motion for extension of time to oppose the motion to dismiss, which the Court granted. See dkt. 17–18. Marquardt's opposition was due on May 15, but no opposition has been filed.

Within 14 days of this order, Marquardt must show cause why this action should proceed. Failure to do so will result in dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 18, 2023

CHARLES R. BREYER
United States District Judge